IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHAD R. WHATLEY,
ANITA R. WHATLEY,
JERROLD L. ROTRUCK and
CLARA C. ROTRUCK, individually
and on behalf of others similarly situated,

       Plaintiffs,

v.                         CASE No. 4:08-cv-00380-SPM-WCS

WORLD SAVINGS BANK, FSB,
n/k/a WACHOVIA MORTGAGE, FSB,
GOLDEN WEST FINANCIAL
CORPORATION, and WACHOVIA
CORPORATION,

       Defendants.
_____/

## ORDER PERMITTING EXCESS PAGES

Upon consideration, Plaintiffs' "Consent Motion for Extension of Time" to file responses to Defendants' Motions to Dismiss (doc. 32) is hereby ***granted***. Plaintiffs' responses (docs. 34 and 35) are accepted as timely filed.

DONE AND ORDERED this <u>twenty-sixth</u> day of November, 2008.

                                 *s/ Stephan P. Mickle*
                                 Stephan P. Mickle
                                 United States District Judge