UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE

| | | |
|---|---|---|
| CHAD R. WHATLEY, ANITA H. WHATLEY, JERROLD L. ROTRUCK and, CLARA C. ROTRUCK, individually and on behalf of others similarly situated, | ) ) ) ) ) ) | CA No.: 4:08-cv-00380-SPM-WCS |
| Plaintiff, | ) ) | JUDGE STEPHAN P MICKLE |
| vs. | ) ) | MAGISTRATE JUDGE C SHERRILL, JR |
| WORLD SAVINGS BANK, FSB, n.k.a. WACHOVIA MORTGAGE, FSB, GOLDEN WEST FINANCIAL CORPORATION, and WACHOVIA CORPORATION, | ) ) ) ) ) ) | Electronically Filed |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE OF FILING N.D. FLA. LOC. R. 54.1(B)
SUMMARY OF ATTORNEYS' FEE RECORDS**

Plaintiffs, by and through their undersigned attorneys, and, pursuant to the Court's Initial Scheduling Order and N.D. Fla. Loc. R. 54.1(B), hereby files their summary of attorneys' fee records for work done through December 15, 2008, and states as follows:

1 .   Total attorney hours this filing:   3 1 . 4 5

2 .   Total non-attorney hours this filing:   5 . 4

                Total:   36.85

Dated: December 15, 2008                    Respectfully submitted,

                                      s/Daniel O. Myers
                                      Daniel O. Myers, Esquire
                                      dmyers@rwpb.com
                                      SCBarNo.: 15854

Catherine H. McElveen, Esquire  
SC Bar No.: 76725  
kmcelveen@rpwb.com  
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC  
1037 Chuck Dawley Blvd., Bldg. A  
Mount Pleasant, SC 29464  
Telephone: 843/727-6500  
Facsimile: 843/216-6509  

and  

William H. Garvin, III, Esquire  
Fla. Bar No.: 601462  
GARVIN & MILLES  
1582 Village Sq Blvd  
Tallahassee, FL 32309  
Telephone: 850/422-3400  
Facsimile: 850/906-9878  
wgarvin@garvinlawfirm.com  

Attorneys for Plaintiffs